

# Fourth Court of Appeals
## San Antonio, Texas

January 9, 2019

No. 04-18-00866-CV

**IN THE INTEREST OF E. A. M. V., A CHILD**

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-02217
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

Appellant's brief was due January 3, 2019. Appellant has filed a motion for extension of time requesting an additional twenty days to file a brief.

We **grant** the motion and **order** appellant's brief filed by **January 23, 2019**. This is an accelerated appeal of an order in a suit for termination of the parent-child relationship that must be disposed of by this court within 180 days of the date the notice of appeal was filed in the trial court. *See* TEX. R. JUD. ADMIN. 6.2. Because of the time constraints governing the disposition of this appeal, further requests for extensions of time will be disfavored.

_____
Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 9th day of January, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court